**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOHNNY TARKINGTON**                                                   **PLAINTIFF**
**ADC #85550**

v.                  **CASE NO: 5:16-CV-00324 BSM**

**DANNY BURL, et al.**                                                **DEFENDANTS**

<u>**ORDER**</u>

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 5] has been reviewed. Plaintiff Johnny Tarkington filed objections [Doc. No. 15], though his filing focuses on defendants' unrelated motion to dismiss [Doc. No. 13] rather than the PRD. After reviewing the record, including the relevant portions of Tarkington's objections, the PRD is adopted.

Accordingly, Tarkington's claims against defendant Kirk Sterling for filing a false disciplinary report; defendant James Carlton for not allowing video footage at his disciplinary hearing; and defendant Wendy Kelley for the failure-to-train and the failure-to-supervise are all dismissed without prejudice.

IT IS SO ORDERED this 23rd day of November 2016.

_____
UNITED STATES DISTRICT JUDGE