## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JOHNNY TARKINGTON**                                                         **PLAINTIFF**
**ADC #85550**

**v.**                             **CASE NO: 5:16-CV-00324 BSM**

**DANNY BURL, et al.**                                                       **DEFENDANTS**

### ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate

Judge Beth Deere [Doc. No. 17] and plaintiff Johnny Tarkington's objections [Doc. No. 25]

have been reviewed.  After reviewing the record, the PRD is adopted.

Accordingly, the defendants' motion to dismiss [Doc. No. 13] is granted with respect

to Tarkington's failure to protect claim against defendant Kirk Sterling, but denied in all

other respects.

IT IS SO ORDERED this 19th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE