IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY TARKINGTON                                                           PLAINTIFF
ADC #85550

v.                         CASE NO: 5:16-CV-00324 BSM

DANNY BURL, et al.                                                         DEFENDANTS

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 43] and plaintiff Johnny Tarkington's objections [Doc. No. 46] have been reviewed. After reviewing the record, the RD is adopted.

Accordingly, defendants' motion for summary judgment [Doc. No. 31] is granted, and the complaint [Doc. No. 2] is dismissed without prejudice.

IT IS SO ORDERED this 6th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE